IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CURTIS CAMP, | ) | |
| | ) | No. 08 C 858 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, and UNKNOWN | ) | |
| CHICAGO POLICE OFFICERS, | ) | Judge St. Eve |
| | ) | |
| Defendants. | ) | Magistrate Judge Nolan |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

TO:     Basileios John Foutris
        Foutris Law Office, Ltd.
        53 W. Jackson Blvd., Unit 252
        Chicago, IL 60604

    Please take notice that on March 4, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant City of Chicago's Unopposed Motion To Extend Time To Answer Or Otherwise Plead, And To Reset The Initial Status Hearing Date,** a copy of which was thereby served upon you.

    Please take further notice that I will appear before the Honorable Judge St. Eve or such other Judge or Magistrate Judge sitting in her stead, on March 10, 2008 at 8:30 a.m., or as soon thereafter as counsel may be heard and then and there present the above-mentioned motion.

    I certify that I caused to be served a true copy of this notice and **Defendant City of Chicago's Unopposed Motion To Extend Time To Answer Or Otherwise Plead, And To Reset The Initial Status Hearing Date** on plaintiff's attorneys of record, as identified above, through the United States District Court for the Northern District of Illinois, Eastern Division's electronic case filing system, on March 4, 2008.

                                         Respectfully submitted,

City of Chicago, Department of Law     */s/ Bhairav Radia*
30 N. LaSalle Street, Suite 1020          BHAIRAV RADIA
Chicago, IL 60602                             Assistant Corporation Counsel
(312) 744-6919
Attorney No. 06293600