IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CURTIS CAMP, | ) | |
| | ) | No. 08 C 858 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, and UNKNOWN | ) | |
| CHICAGO POLICE OFFICERS, | ) | Judge St. Eve |
| | ) | |
| Defendants. | ) | Magistrate Judge Nolan |

**DEFENDANT CITY OF CHICAGO'S UNOPPOSED MOTION TO
EXTEND TIME TO ANSWER OR OTHERWISE PLEAD, AND TO
RESET THE INITIAL STATUS HEARING DATE**

Defendant City of Chicago ("the City"), through its attorney Mara S. Georges, Corporation Counsel of the City of Chicago, pursuant to Federal Rule of Civil Procedure 6(b), moves this Court to extend time to answer or otherwise plead to plaintiff's complaint, and to reset the initial status hearing date. In support of this motion, the City states as follows:

1. Plaintiff filed his six-count complaint on February 8, 2008. The complaint alleges federal claims under 42 U.S.C. § 1983 and Illinois state law claims against the City and unknown Chicago police officers.

2. Plaintiff's complaint and summons were served on the City on or about February 11, 2008. Undersigned counsel for the City, however, was assigned this case and received the complaint today, March 4, 2008, one day after the City was due to answer or plead in response to plaintiff's complaint.

3. In order to properly respond to plaintiff's complaint, in which he names unknown Chicago police officers, further investigation is necessary. Based, in part, on information

received today from plaintiff's counsel, the City is in the process of obtaining the necessary documents that will help it prepare a responsive pleading and allow plaintiff to identify individual defendants. The City understands that plaintiff will amend his complaint after he identifies individual defendants. Accordingly, the City requests 14 days from the date plaintiff files an amended complaint to answer or otherwise plead.

4. This is the first extension of time the City has sought in this case.

5. This motion is not brought for the purpose of delay or any other improper purpose, but so that the City can properly respond to the allegations in plaintiff's complaint.

6. Plaintiff will not be prejudiced if the requested extension of time is granted.

7. Additionally, on February 13, 2008, the Court set an initial status hearing in this case for March 19, 2008, and ordered the parties to file a joint status report by March 14, 2008. In view of the above, the City requests the Court to reset both these dates accordingly.

8. The undersigned spoke with plaintiff's counsel today, March 4, 2008, and plaintiff does not oppose this motion.

For these reasons, the City requests that the Court grant the City's motion for an extension of time of 14 days from the date plaintiff files an amended complaint to file its answer or otherwise plead. Additionally, the City requests the Court to reset the date for an initial status hearing and the date for filing a joint status report accordingly.

                                          Respectfully submitted,

                                          MARA S. GEORGES
                                          Corporation Counsel of the
                                          City of Chicago

Dated: March 4, 2008        By:    *s/ Bhairav Radia*
                                                   BHAIRAV RADIA
                                                   Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-6919
Attorney No. 06293600