# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:                                      Case Number:      08 C 858

CURIS CAMP

v.

CITY OF CHICAGO, and UNKNOWN CHICAGO POLICE OFFICERS.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago, Defendant

| |
|---|
| NAME (Type or print)<br>Ashley C. Kosztya |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Ashley C. Kosztya |
| FIRM   City of Chicago Department of Law |
| STREET ADDRESS   30 North LaSalle Street, Suite 1020 |
| CITY/STATE/ZIP   Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6274884 | TELEPHONE  NUMBER<br>(312) 744-6922 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES  **X**          NO  ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES  ☐          NO  **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES  **X**          NO  ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES **X**  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL  ☐          APPOINTED COUNSEL  ☐ |