**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Curtis Camp
                              Plaintiff,

v.                                              Case No.: 1:08−cv−00858
                                                Honorable Amy J. St. Eve

City of Chicago, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

    MINUTE entry before Judge Amy J. St. Eve :Motion for extension of time to answer [9] is denied as moot; Motion for extension of time to answer [11] is granted. Defendants to answer or otherwise plead within 14 days after Plaintiff files an Amended Complaint. Joint Status Report due by 4/14/2008. Initial Status hearing set for 3/19/2008 is stricken and reset to 4/17/2008 at 08:30 AM.Mailed notice(tmh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.