## IN THE UNITED STATES DISTRICT COURT
## THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| CURTIS CAMP, | ) | |
|     Plaintiff, | ) | |
| v. | ) | NO.   08 C 858 |
| | ) | |
| CITY OF CHICAGO, CHICAGO POLICE | ) | |
| OFFICER GONZALEZ #12152, | ) | |
| CHICAGO POLICE OFFICER | ) | Judge St. Eve |
| BOLTON #15903, CHICAGO POLICE | ) | |
| OFFICER MOHAMMED #14122, and | ) | |
| CHICAGO POLICE OFFICER | ) | Magistrate Judge Nolan |
| LEWIS #16172, | ) | |
|     Defendants. | ) | |

### NOTICE OF FILING

**TO:**   Ashley Caroline Kosztya at ashley.kosztya@cityofchicago.org and Bhairav Radia at bhairav.radia@cityofchicago.org

**PLEASE TAKE NOTICE** that on March 18, 2008 I caused to be filed with the Clerk of the U.S. District Court, using the CM/ECF System, the Plaintiff's **AMENDED COMPLAINT**, a copy of which is being served upon you herein.

                      Respectfully submitted by,

                      s/Basileios J. Foutris_____
                      BASILEIOS J. FOUTRIS, Attorney for Plaintiff

### CERTIFICATE OF SERVICE

The undersigned, attorney of record herein, hereby certifies that on March 18, 2008 the foregoing **NOTICE OF FILING** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, along with judge's courtesy copies being delivered, which will send notification of such filing to the foregoing.

                      Respectfully submitted by,

                      s/Basileios J. Foutris _____
                      BASILEIOS J. FOUTRIS, Attorney for Plaintiff
                      FOUTRIS LAW OFFICE, LTD.
                      53 W. Jackson, Suite 252
                      Chicago, IL 60604
                      (312) 212-1200