IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CURTIS CAMP, ) | |
| ) | No. 08 C 858 |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| CITY OF CHICAGO, CHICAGO POLICE ) | |
| OFFICER GONZALEZ #12152, ) | Judge St. Eve |
| CHICAGO POLICE OFFICER ) | |
| BOLTON #15903, CHICAGO POLICE ) | Magistrate Judge Nolan |
| OFFICER MOHAMMED #14122, and ) | |
| CHICAGO POLICE OFFICER ) | |
| LEWIS #16172, ) | |
| ) | |
| Defendants. ) | |

**INITIAL JOINT STATUS REPORT**

NOW COME the Parties, by and through their attorneys, and hereby submit their Initial Joint Status Report:

1. **The Nature of the Case**

    A.   The Plaintiff's Attorney:

    Basileios J. Foutris
    Attorney for Plaintiff
    Foutris Law Office, Ltd.
    53 W. Jackson, Suite 252
    Chicago, IL 60604
    (312) 212-1200

    The Defendant City of Chicago's Attorneys:

    Bhairav Radia
    Ashley C. Kosztya
    Assistants Corporation Counsel
    City of Chicago Department of Law
    30 N. LaSalle, Room 1020
    Chicago, IL 60602
    (312) 744-6919/6922

        No Appearances have been entered for the Individual Defendants. [1]

B.    This Court has jurisdiction pursuant to 28 U.S.C. §1331, 28 U.S.C. §1343, and 28 U.S.C. §1367.

C.    The Plaintiff claims that he was falsely arrested on July 4, 2007 by the Defendants. He also claims that he was thereafter maliciously prosecuted. In addition, he claims that he experienced unconstitutional excessive force at the time of his arrest. There are currently no counterclaims or third party complaints in this matter. However, to date, there are no appearances or Answers on behalf of the Individual Defendants. The current parties do not know if those parties will file counterclaims or third party complaints.

D.    The major factual and legal issues in this case include whether there was probable cause to arrest the Plaintiff, and whether the Defendants acted with reasonable force in the course of the Plaintiff's arrest.

E.    The Plaintiff is seeking an undetermined amount in compensatory and punitive damages.

2. **Pending Motions and Case Plan**

   A.    There are no pending Motions.

   B.    The Parties submit the following proposed discovery plan:

        A.    Discovery is necessary on both liability and damages.

        B.    The Parties propose that 26(a)(1) disclosures be provided by the current parties by May 2, 2008; and by the Individual Defendants within 21 days after they have filed an Appearance and an Answer.

        C.    The Parties request that the Court enter a fact discovery completion date after the Individual Defendants have filed an Appearance and an Answer.

        D.    The Parties request that the Court enter an expert discovery completion date after the Individual Defendants have filed an Appearance and an Answer.

---

[1] On March 18, 2008 the Plaintiff sent Notices of Lawsuit and Waivers of Service of Summons to the Individual Defendants to Chicago Police Headquarters per Chicago Police procedures. To date, no response has been provided to the Notices.

   E. The Parties request that the Court enter a date to file dispositive motions after the Individual Defendants have filed an Appearance and an Answer.

   F. The Parties request that the Court enter a date to file a Pre-Trial Order after the Individual Defendants have filed an Appearance and an Answer.

  C. Issues regarding the trial:

   A. A jury trial has been requested.

   B. The parties cannot yet determine the length of a trial.

   C. The parties cannot yet estimate when the matter will be ready for trial.

3. **Consent to Proceed Before a Magistrate Judge**

The Parties do not consent unanimously to proceed before a Magistrate Judge.

4. **Status of Settlement Discussions**

  A. No settlement discussions have occurred.

  B. The parties do not request a settlement conference at this time.

April 16, 2008

         *s/Basileios J. Foutris*
         Basileios J. Foutris
         Attorney for Plaintiff
         Foutris Law Office, Ltd.
         53 W. Jackson, Suite 252
         Chicago, IL 60604
         (312) 212-1200

         *s/ Bhairav Radia*
         Bhairav Radia
         Assistant Corporation Counsel
         City of Chicago Department of Law
         30 N. LaSalle, Room 1020
         Chicago, IL 60602
         (312) 744-6919