IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CURTIS CAMP, ) | | |
|       Plaintiff, ) | | |
| ) | | |
| v. ) | No. 08 C 858 | |
| ) | | |
| CITY OF CHICAGO, CHICAGO POLICE ) | | |
| OFFICER GONZALEZ #12152, ) | | |
| CHICAGO POLICE OFFICER ) | Judge St. Eve | |
| BOLTON #15903, CHICAGO POLICE ) | | |
| OFFICER MOHAMMED #14122, and ) | Magistrate Judge Nolan | |
| CHICAGO POLICE OFFICER ) | | |
| LEWIS #16172, ) | JURY TRIAL DEMANDED | |
| ) | | |
|       Defendants. ) | | |

**DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT**

     Defendants, Chicago Police Officers Robert Gonzalez, Brian Bolton, Kallatt Mohammed, and LaMonica Lewis, ("Defendant Officers"), by their attorney, Gail L. Reich, Assistant Corporation Counsel, move this court for an extension of time to answer or otherwise plead in response to Plaintiff's complaint until June 11, 2008, and in support state:

     1. Plaintiff filed his six-count Complaint on February 8, 2008. The complaint alleged federal claims under 42 U.S.C. § 1983 against unknown Chicago Police Officers, as well as Illinois state law claims for Battery, False Imprisonment, Malicious Prosecution, and statutory indemnification against the City of Chicago.

     2. Plaintiff filed his Amended Complaint on March 18, 2008, naming Defendant Officers.

     3. Defense counsel needs additional time meet with and interview Defendant Officers,

and to obtain and review the relevant documents prior to filing the responsive pleading.  Further, defense counsel will be out of the office on a previously scheduled vacation between May 28-30, 2008.  Therefore, Defendanrt Officers request until June 11, 2008 to answer or otherwise plead to Plaintiff's Amended Complaint

      3.  Plaintiff's counsel and counsel for the City of Chicago have agreed to this request for additional time to answer the Amended Complaint.

      4.  This is Defendant Officers' first request for an extension.  This extension request is not made to delay the proceedings, but only to allow Defendant Officers an adequate opportunity to respond to the allegations in Plaintiff's Amended Complaint.  No prejudice will come to Plaintiff as a result of this court granting Defendant Officers' motion.

      WHEREFORE, Defendant Officers request this court to enter an order granting an extension to June 11, 2008, to answer or otherwise plead in response to Plaintiff's Amended Complaint.

      Respectfully submitted,

      GAIL L. REICH
      /s/ *Gail L. Reich*
      Assistant Corporation Counsel
      Attorney for Defendants
      Robert Gonzalez, Brian Bolton,
      Kallatt Mohammed, and LaMonica Lewis

30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 744-1975
Attorney No. 06279564