IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CURTIS CAMP, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 858 |
| | ) | |
| CITY OF CHICAGO, CHICAGO POLICE OFFICER GONZALEZ #12152, | ) ) | |
| CHICAGO POLICE OFFICER | ) | Judge St. Eve |
| BOLTON #15903, CHICAGO POLICE | ) | |
| OFFICER MOHAMMED #14122, and | ) | Magistrate Judge Nolan |
| CHICAGO POLICE OFFICER | ) | |
| LEWIS #16172, | ) | JURY TRIAL DEMANDED |
| | ) | |
|       Defendants. | ) | |

## NOTICE OF AGREED MOTION

To:    Basileios J. Foutris                      Ashley C. Kosztya, Bhairav Radia
         Foutris Law Office, Ltd.             City of Chicago Law Department
         53 W. Jackson, Suite 252           30 N LaSalle, Suite 1020
         Chicago, IL 60604                     Chicago, IL 60602

      **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendants' Agreed Motion for Extension of Time to Answer or Otherwise Plead.

      **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge St. Eve, or before such other Judge sitting in her place or stead, on the 22nd day of May, 2008 at 8:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached Motion.

      **DATED** at Chicago, Illinois May 16, 2008.

                                                                              Respectfully submitted,

                                                                              /s/ Gail L. Reich
                                                                              Gail L. Reich
                                                                              Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-1975
(312) 744-6566 (FAX)
ATTY. NO.  06279564

## CERTIFICATE OF SERVICE

    I hereby certify that I have caused true and correct copies of the above and foregoing **Notice and Agreed Motion for Extension of Time to Answer or Otherwise Plead via electronic filing** to the persons named in the foregoing Notice at the addresses therein shown, on May 16, 2008.

    /s/ Gail Reich
    Gail Reich
    Assistant Corporation Counsel