UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Curtis Camp
                    Plaintiff,
v.                                          Case No.: 1:08−cv−00858
                                            Honorable Amy J. St. Eve
City of Chicago, et al.
                    Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, May 19, 2008:

    MINUTE entry before the Honorable Amy J. St. Eve:Motion for extension of time to answer [20] is granted. Defendants to answer or otherwise plead to the amended complaint [14] by 6/11/2008.Mailed notice(tmh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.