IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CURTIS CAMP, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 858 |
| | ) | |
| CITY OF CHICAGO, CHICAGO POLICE | ) | |
| OFFICER GONZALEZ #12152, | ) | |
| CHICAGO POLICE OFFICER | ) | Judge St. Eve |
| BOLTON #15903, CHICAGO POLICE | ) | |
| OFFICER MOHAMMED #14122, and | ) | Magistrate Judge Nolan |
| CHICAGO POLICE OFFICER | ) | |
| LEWIS #16172, | ) | JURY TRIAL DEMANDED |
| | ) | |
|     Defendants. | ) | |

## NOTICE OF AGREED MOTION

To:  Basileios J. Foutris                 Ashley C. Kosztya, Bhairav Radia
       Foutris Law Office, Ltd.          City of Chicago Law Department
       53 W. Jackson, Suite 252           30 N LaSalle, Suite 1020
       Chicago, IL 60604                  Chicago, IL 60602

      **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' JOINT AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER**.

      PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge St. Eve, on or before such other Judge sitting in her place or stead, on **September 9, 2008 at 8:30 a.m.**, or as soon thereafter as counsel may be heard, in the United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

      **DATED** at Chicago, Illinois September 2, 2008.

                                                           Respectfully submitted,

                                                        /s/ Gail L. Reich
                                                        Gail L. Reich
                                                        Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-1975
(312) 744-6566 (FAX)
ATTY. NO.  06279564


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **NOTICE OF  MOTION and DEFENDANTS' JOINT AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER** to be sent via e-filing to the persons named in the foregoing Notice,  "Filing Users" pursuant to Case Management/Electronic Case Files, on September 2, 2008, in accordance with the rules on electronic filing of documents.

/s/ Gail Reich
Gail Reich
Assistant Corporation Counsel