IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Curtis Camp, | ) | |
|     Plaintiff, | ) | NO.  08 C 858 |
| | ) | |
| v. | ) | |
| | ) | Judge St. Eve |
| CITY OF CHICAGO, CHICAGO POLICE | ) | |
| OFFICER GONZALEZ # 12152, | ) | |
| CHICAGO POLICE OFFICER | ) | |
| BOLTON # 15903, CHICAGO POLICE | ) | Magistrate Judge Nolan |
| OFFICER MOHAMMED #14122, and | ) | |
| CHICAGO POLICE OFFICER | ) | |
| LEWIS #16172 | ) | |
|     Defendants. | ) | JURY TRIAL DEMANDED |

**DEFENDANTS' JOINT AGREED MOTION
FOR ENTRY OF PROTECTIVE ORDER**

    Defendants, the City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, and Chicago Police Officers Robert Gonzalez, Brian Bolton, Kallatt Mohammed and LaMonica Lewis, by one of their attorneys, Gail L. Reich, (hereinafter collectively "Defendants") respectfully move this Honorable Court, pursuant to Fed.R.Civ.P. 26(c) and 45 C.F.R. §§ 160 and 164, for entry of the attached "Qualified HIPAA and Confidential Matter Protective Order."

    In support thereof, Defendants state as follows:

    1.    The parties anticipate that documents pertaining to the parties and non-parties may be sought and produced in this matter. The parties also anticipate production in this litigation of personnel file-related information such as disciplinary history, Complaint Registers, and medical information covered by the Health Insurance Portability and Accountability Act.  Complaint Registers contain personnel record information regarding police officers and other Chicago Police Department personnel (including third-parties), including but not limited to personal identifiers of

officers and their families, disciplinary histories, medical information, reports and other actions, as well as other information of unrelated civilian parties and witnesses that is sensitive or of a non-public nature related to discipline, confidential statements, medical information, and personal identifiers.

2.      Medical information is protected by the Health Insurance Portability and Accountability Act of 1996, codified primarily at 18, 26 and 42 U.S.C. (2002).  The "Privacy Standards" for such information is found at 45 C.F.R. §§ 160 and 164 (2000).

3.      Personnel files, disciplinary histories and related information are protected by the <u>Illinois Personnel Records Review Act</u>, 820 ILCS 40/0.01 (West 2004) and the <u>Illinois Freedom of Information Act</u>, 5 ILCS 140/7 (West 2004).

4.      The Defendants' proposed "Qualified HIPAA and Confidential Matter Protective Order," attached hereto, prohibits use of personnel files and other personnel and disciplinary information, medical information covered by the Health Insurance Portability and Accountability Act, and Complaint Register files for any purpose other than litigation of this case, prohibits their dissemination to parties outside this litigation, and requires their return to the producing party at the end of this litigation.  Such an order would ensure the protection of such information, consistent with the principles of federal and Illinois law.  This order will also protect against improper dissemination of confidential information and unfairness in the trial process.

5.  The Defendants do not object to the disclosure of relevant production to other respective parties in accordance with the Federal Rules of Civil Procedure, but only seek to limit the use of the production to this litigation and protect confidential information from dissemination to third parties.

6.      Attorney Reich has spoken with Plaintiff's counsel, who has agreed to the proposed order.

**WHEREFORE,** Defendants request that this Court enter the attached "Qualified HIPAA and Confidential Matter Protective Order" in this matter.

Respectfully submitted,

/s/Gail L. Reich
Gail L. Reich
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-1975
Atty. No. 06279564


Mara S. Georges
Corporation Counsel for the City of Chicago

By: /s/ Bhairav Radia
Bhairav Radia
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-6919
Atty. No. 06293600